■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE BORGES, Appellant. [858 NYS2d 645]—Judgment, Supreme

Court, New York County (Bruce Allen, J.), rendered on or about August 9, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Catterson and McGuire, JJ.